UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------X
In re                                                                              Chapter 11

SAGECREST II, LLC,                                                      Case No. 08-50754 (AHWS)
SAGECREST FINANCE, LLC,                                           Case No. 08-50755 (AHWS)
SAGECREST DIXON, INC.,                                              Case No. 08-50844 (AHWS)

                                    Debtors.                              (Jointly Administered)
------------------------------------------------------------------------X

# NOTICE OF APPEAL

Notice is hereby given that Equal Overseas Consulting, Ltd., and its affiliates hereby appeal to the United States District Court for the District of Connecticut from each and every aspect of the Memorandum Decision and Order sustaining the Objection to Claim of Equal Overseas Consulting, Ltd. entered on December 23, 2015 (ECF doc.2511), a copy of which is annexed hereto.

Parties to the Appeal:

Appellant:    Equal Overseas Consulting, Ltd.

Attorneys for Appellant:
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
Kevin J. Nash, Esq.
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

COAN, LEWENDON, GULLIVER & MILTENBERGER LLC
Timothy D. Miltenberger, Esq.
495 Orange Street
New Haven, CT  06511
(203) 624-4756

    Appellee:    John D. Huber, Trustee of the SageCrest Liquidating Trust

    Attorneys for Appellee:
        Cole, Schotz, Meisel, Forman & Leonard, P.A.
        Laurence May, Esq.
        900 Third Avenue, 16th Floor
        New York, NY 10022
        (646) 563-8926


Dated: New York, New York
      December 30, 2015

        GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
        Attorneys for Equal Overseas Consulting, Ltd.
        1501 Broadway, 22nd Floor
        New York, New York 10036
        (212) 221-5700

        By:    /s/ Kevin J. Nash, Esq.

        COAN, LEWENDON, GULLIVER & MILTENBERGER LLC
        Connecticut Counsel for Equal Overseas Consulting Ltd.
        495 Orange Street
        New Haven, CT   06511
        (203) 624-4756

        By:    /s/ Timothy D. Miltenberger, Esq.

## **CERTIFICATION**

The undersigned certifies that on December 30, 2015, the foregoing Notice of Appeal was served via First Class Mail, postage prepaid, upon the parties listed below:

Laurence May, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022

John D. Huber, Esq.
Trustee of the SageCrest Liquidating Trust
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Laurence May, Esq.
900 Third Avenue, 16th Floor
New York, NY 10022

By /s/ Timothy D. Miltenberger