**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

In re: SAGECREST II LLC
In re: SAGECREST HOLDING LIMITED
      Debtor

EQUAL OVERSEAS CONSULTING, LTD
    Appellant

V.                                                     Civil No.   3:16cv021 (VAB)
                                                        Bankruptcy: 08-50754

JOHN D. HUBER
    Appellee

## **JUDGMENT**

This matter came on for consideration on a bankruptcy appeal before the Honorable Victor A. Bolden, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the bankruptcy appeal and on March 30, 2018, entered an Order affirming the Bankruptcy Court's dismissal.

It is therefore ORDERED, ADJUDGED and DECREED that the ruling of the bankruptcy court is affirmed and the case is closed.

Dated at Bridgeport, Connecticut, this 31st day of March, 2018.

                                                                     ROBIN D. TABORA, CLERK
                                                                     By: Jazmin Perez
                                                                     Deputy Clerk

EOD:   3/31/2018