UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
Equal Overseas Consulting, Ltd.,                    Civil Action No: 3:16 CV 21 (VAB)

                              Appellant,         Bankruptcy Case No.
                                               08-50754 (AHWS)

   v.

John D. Huber, Trustee of the SageCrest
Liquidating Trust,

                              Appellee.
------------------------------------------------------------x

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Appellant, Equal Overseas Consulting Ltd. hereby appeals to the United States Court of Appeals for the Second Circuit from the March 30, 2018 Ruling on Appeal of Bankruptcy Court's Order (the "Ruling") and the subsequent Judgment dated March 31, 2018 (the "Judgment") that denied Appellant's appeal from the from each and every aspect of the Memorandum Decision and Order entered on December 23, 2015 in the United States Bankruptcy Court for the District of Connecticut sustaining the Objection of Appellee, John D. Huber, Trustee of the SageCrest Liquidating Trust to the claim filed by Equal Overseas Consulting Ltd.

       1.     A true and correct copy of the District Court Ruling appealed from is annexed hereto as <u>Exhibit</u> "A".

       2.     A true and correct copy of the District Court Judgment appealed from is annexed hereto as <u>Exhibit</u> "B".

Counsel of record for the parties to this appeal are as follows:

Kevin J. Nash, Esq.
J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
Attorneys for Appellant, Equal Overseas Consulting Ltd.
1501 Broadway – 22nd Floor
New York, New York 10036

Laurence May, Esq.
Eiseman Levine Lehrhaupt & Kakoyiannis P.C.
Attorneys for Appellee, John D. Huber, Trustee of the SageCrest Liquidating Trust
805 Third Avenue
New York, NY 10022

Dated:  New York, New York
        April 24, 2018

                GOLDBERG WEPRIN FINKEL
                 GOLDSTEIN LLP
                Attorneys for Appellant, Equal Overseas Consulting Ltd.
                1501 Broadway – 22nd Floor
                New York, New York 10036
                (212) 221-5700
                KNash@gwfglaw.com

                By:    /s/ Kevin J. Nash, Esq.

                As Local Counsel
                Coan, Lewendon, Gulliver & Miltenberger LLC
                Local Counsel for Equal Overseas Consulting Ltd.
                495 Orange Street
                New Haven, CT   06511
                (203) 624-4756
                tmiltenberger@coanlewendon.com

                By:    /s/ Timothy D. Miltenberger, Esq.

To:    Laurence May, Esq.
        Eiseman Levine Lehrhaupt & Kakoyiannis P.C.
        Attorneys for Appellee, John D. Huber, Trustee of the SageCrest Liquidating Trust
        805 Third Avenue
        New York, NY 10022
        (212) 752-1000
        lmay@eisemanlevine.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2018, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Timothy D. Miltenberger
      Timothy D. Miltenberger (ct08874)
      495 Orange Street
      New Haven, CT 06511
      (203) 624-4756
      (203) 865-3673
      Tmiltenberger@coanlewendon.com